1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   DAVID R. CALLAWAY (CABN 121782)
3  Chief, Criminal Division

4  KYLE F. WALDINGER (CABN 298752)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-6830
7       Facsimile: (415) 436-7234
        E-mail: Kyle.Waldinger@usdoj.gov
8
   Attorneys for the United States of America
9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                         SAN FRANCISCO DIVISION

13 | UNITED STATES OF AMERICA,            ) NO. CR 15-0376 MMC
                                          ) [FILED JULY 21, 2015]
14 |     Plaintiff,                       )
                                          )
15 |   v.                                 )
                                          )
16 | HENRY LO,                            )
                                          )
17 |     Defendant.                       )
                                          )
18

19 | UNITED STATES OF AMERICA,            ) NO. CR 14-0442 WHO
                                          ) [FILED AUGUST 19, 2014]
20 |     Plaintiff,                       )
                                          ) **NOTICE OF RELATED CASES**
21 |   v.                                 )
                                          )
22 | HENRY LO,                            )
                                          )
23 |     Defendant.                       )
                                          )
24

25       The United States of America, pursuant to Local Criminal Rule 8-1, hereby notifies the Court

26 that the two above-captioned cases are related. Henry LO, the defendant named in the Indictment in

27 case number CR 14-0442 WHO (originally filed on August 19, 2014), has now been named as a

28 defendant in a new criminal case, *United States v. Henry Lo*, CR 15-0376 MMC, which was filed on

NOTICE OF RELATED CASES
U.S. v. LO, CR 15-0376 MMC/U.S. V. LO, CR 14-0442 WHO

July 21, 2015, and is now pending before the Honorable Maxine M. Chesney.

The Indictment in the new criminal case numbered CR 15-0376 MMC (attached hereto as Exhibit 1) alleges in Count One that LO committed contempt of court by violating Magistrate Judge Jacqueline S. Corley's Temporary Protective Order in a civil case pending in this District, *Square 1 Bank v. Lo et al.*, CV 12-05595 JSC.  It also alleges in Counts Two through Nine that LO perpetrated a bank fraud scheme in 2014 and 2015, which scheme continued after he was indicted in case number CR 14-0442 WHO.  The 2015 Indictment further alleges in Count Ten that LO committed aggravated identity theft during and in relation to one of the charged instances of bank fraud, and that his commission of certain bank fraud offenses and the aggravated identity theft offense constituted contempt of court (as alleged in Count Eleven).  Finally, the Indictment in case CR 15-0376 MMC alleges in Counts Twelve and Thirteen that LO engaged in illegal monetary transactions with the proceeds from the bank fraud offenses.

The earlier criminal case numbered CR 14-0442 WHO related to the defendant LO's scheme to defraud the company Absolutely New, Inc. ("ANI"), as well as a scheme to defraud an individual identified in the original Indictment as "A.W."  *See* Ex. 2 (Indictment).  ANI was LO's former employer and a co-defendant of LO in the *Square 1 Bank v. Lo et al.* litigation referred to above.

Based on these facts, the two cases are related because they "concern one or more of the same defendants and the same alleged events, occurrences, transactions or property."  Crim. L.R. 8-1(b)(1).  This is because Count One of the 2015 Indictment (the contempt charge related to LO's violation of Judge Corley's Temporary Protective Order) relates to LO's earlier scheme to defraud ANI and his subsequent efforts to shield his assets from ANI's secured lender, Square 1 Bank.

The two cases are also related under Criminal Local Rule 8-1(b)(2) because "[b]oth actions appear likely to entail substantial duplication of labor if heard by different Judges or might create conflicts and unnecessary expenses if conducted before different Judges."  This is because Judge Orrick is already familiar with most or all of the significant facts related to the 2015 Indictment because those facts were put before him in some detail during the sentencing proceedings in case number CR 14-0442 WHO.

Per the requirement of Local Criminal Rule 8-1(c)(4), government counsel states that assignment

of these cases to a single judge is likely to conserve judicial resources and promote an efficient determination of each action.

      The defendant LO is currently in the custody of the Bureau of Prisons or U.S. Marshals Service. The government is taking steps to have LO returned to this District to appear on the new charges.

DATED: July 21, 2015                                       Respectfully submitted,

                                                            MELINDA HAAG
                                                            United States Attorney

                                                                       /s/
                                                    _____
                                                            KYLE F. WALDINGER
                                                            Assistant United States Attorney